UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID W. FAUNCE,<br><br>               Plaintiff,<br><br>  v.<br><br>BICK, et al.,<br><br>               Defendants. | Case No. 1:25-cv-00006-KES-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION<br><br>Docs. 7, 15 |

Plaintiff David Faunce is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff alleges that California Department of Corrections and Rehabilitation ("CDCR") employees were deliberately indifferent to his serious medical needs by denying him orthotic shoes, nasal sprays, and inhalers under a cost reduction policy. Doc. 1. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 22, 2025, plaintiff filed a motion for preliminary injunction before his complaint had been screened. Doc. 7. On July 17, 2025, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for preliminary injunction be denied. Doc. 15. Specifically, the findings and recommendations found that plaintiff's complaint failed to state a claim for deliberate indifference to serious medical needs. *Id.* at 5. Therefore, plaintiff had not established a likelihood of success on the merits. Nor had plaintiff

1

demonstrated irreparable harm. *Id.* The findings and recommendations contained notice that any objections thereto were to be filed within thirty days after service. *Id.* at 6. On August 11, 2025, plaintiff filed objections to the findings and recommendations. Doc. 16.

Plaintiff's objections, which contest specific factual determinations made by the magistrate judge, are immaterial to the ultimate findings and conclusions that plaintiff fails to establish a likelihood of success on the merits and fails to establish that he will suffer irreparable harm, and that, therefore, plaintiff fails to establish a basis for preliminary injunctive relief.

In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. After carefully reviewing the file, including plaintiff's objections, the Court finds that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on July 17, 2025, Doc. 15, are ADOPTED in full; and

2. Plaintiff's motion for preliminary injunction, Doc. 7, is DENIED.

IT IS SO ORDERED.

Dated:   August 26, 2025

UNITED STATES DISTRICT JUDGE

2