**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID W. FAUNCE,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH BICK, et al.<br><br>Defendant. | Case No. 1:25-cv-00006 KES EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS; DISMISSING ACTION, WITHOUT LEAVE TO FURTHER AMEND, FOR FAILURE TO STATE A CLAIM; AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>Doc. 26 |

Plaintiff David Faunce proceeds *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. In his first amended complaint, plaintiff alleges that the Chief Director of Health Care Services of the California Department of Corrections and Rehabilitation (CDCR), the Chief Medical Executive Officer of Valley State Prison Chowchilla (VSP), the Chief Medical Executive of VSP, and the Chief Physician/Surgeon of VSP, as well as two primary care physicians, were deliberately indifferent to his serious medical needs by implementing a cost-cutting scheme in response to a budget shortfall. *See generally* Doc. 25.

On June 3, 2026, the magistrate judge issued findings and recommendations that this case be dismissed for failure to state a claim, without leave to further amend. Doc. 26. The court served the findings and recommendations on plaintiff with a notice that any objections were to be

filed within 30 days. *Id.* The Court informed plaintiff that a failure to file timely objections "may result in the waiver of rights on appeal." *Id.* (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014)). On July 30, 2026, Plaintiff filed untimely objections. Doc. 29. In his objections, plaintiff acknowledges the deficiencies in his first amended complaint and seeks leave to file a second amended complaint. But plaintiff was already afforded an opportunity to amend his complaint, his first amended complaint fails to state a claim, and his objections fail to identify specific facts that he could plead in a further amended complaint that would state a cognizable claim.

Consistent with 28 U.S.C. § 636(b)(1), the Court conducted a de novo review. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and proper analysis.

The Court ORDERS:

1. The findings and recommendations issued June 3, 2026 (Doc. 26) are ADOPTED in full.
2. This action is DISMISSED, without leave to further amend, for failure to state a claim.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: August 9, 2026

UNITED STATES DISTRICT JUDGE